04-1435 SBB

FILED
BRADFORD L. BOLTON
CLERK
2004 APR -7 AM 11:10
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO
B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Scott Andrew Watson<br>XXX-XX-2860<br>        Debtor(s).<br><br>Colorado Housing and<br>Finance Authority<br>ITS SUCCESSORS AND/OR ASSIGNS<br>IN INTEREST,<br><br>        Plaintiff.<br><br>Scott Andrew Watson<br>Tom H. Connolly, Trustee<br>        Defendant. | Bankruptcy Case No. 04-11716-SBB<br>Chapter 13<br>MC No. PMK-1<br>Adversary Proceeding No. |

### COMPLAINT TO DECLARE
### PUBLIC TRUSTEE'S SALE VOID

Plaintiff, through its attorney, alleges:

1. On March 10, 2004, the Public Trustee of Jefferson County, Colorado conducted a foreclosure sale (#J11155) on the following described real property owned by the Debtor herein:

> CONDOMINIUM UNIT 202, IN CONDOMINIUM BUILDING 8, MOUNTAIN GATE AT KEN-CARYL II (A CONDOMINIUM COMMUNITY), ACCORDING TO THE CONDOMINIUM MAP THEREOF, RECORDED ON APRIL 26, 1994 UNDER RECEPTION NO. 94075829, IN THE RECORDS OF THE OFFICE OF THE CLERK AND RECORDER OF THE COUNTY OF JEFFERSON, COLORADO AND AS DEFINED AND DESCRIBED IN THE CONDOMINIUM DECLARATION FOR MOUNTAIN GATE AT KEN-CARYL II (A CONDOMINIUM COMMUNITY), RECORDED ON APRIL 26, 1994 UNDER RECEPTION NO. 9475828, IN SAID RECORDS, TOGETHER WITH THE EXCLUSIVE RIGHT TO USE LIMITED COMMON ELEMENT: PARKING SPACE NO. 10 IN PARKING ENVELOPE NO. 13, COUNTY OF JEFFERSON, STATE OF COLORADO

> also known by street and number as: 7394 So. Alkire St. #202
> Littleton, CO 80127

2. On February 2, 2004, the above captioned bankruptcy case was filed in the U.S. Bankruptcy Court for the District of Colorado, of which no notice was received by either Colorado Housing and Finance Authority, Kleinsmith & Associates, P.C., or the Jefferson County Public Trustee.

3. This bankruptcy - as of its filing - stayed any proceedings - including this foreclosure - under §362. Any such

proceedings - knowing or unknowing - after said bankruptcy filing are at least void, if not voidable.

WHEREFORE, the Movant, its successors and/or assigns, requests the Court to enter the following Orders:

(1) Order Declaring Public Trustee's Sale No. J11155 to be Void and of No Effect;

(2) Order Reinstating Note and Deed of Trust on which the above foreclosure proceeding was based.

        Kleinsmith & Associates, P.C.
        Attorneys for Movant

        by
        Philip M. Kleinsmith, #1063
        6035 Erin Park Dr., Ste. 203
        Colorado Springs, CO 80918
        (719) 593-1970

04-1435 SBB

FILED
BRADFORD L. BOLTON
CLERK
2004 APR -7 AM 11:10
BANKRUPTCY COURT
DISTRICT OF COLORADO

## Local Bankruptcy Form 102.2, Cover Sheet

| Adversary Proceeding Cover Sheet (Instructions on Reverse) | Adversary Proceeding Number (Court Use Only) |
|---|---|
| Plaintiffs<br>Colorado Housing and Finance Authority | Defendants 1) Scott Andrew Watson<br>2) Tom H. Connolly |
| Attorneys (Firm Name, Address, & Telephone)<br>Kleinsmith and Associates, P.C.<br>6035 Erin Park Dr., Ste. 203<br>Colo. Spgs., CO 80918<br>No Attorney: [ ]  800-842-8417 | Attorneys (if known) Sharon W. Grossenbach<br>1625 Broadway, Ste. 200<br>Denver, CO 80202<br>No Attorney: [ ]  303-571-0077 |

Party (check one box only): [ ] 1. U.S. Plaintiff; [ ] 2. U.S. Defendant; [ ] 3. U.S. Not a Party

Cause of Action (write a brief statement of cause of action, including all U.S. statutes involved):
To declare void a foreclosure sale held in violation of stay.

Nature of Suit (check only the one most appropriate box)

[ ] 424 Object to or revoke a discharge 11 U.S.C. '727
[ ] 426 Determine the dischargeability of a debt 11 U.S.C. '523
[ ] 434 Obtain an injunction or other equitable relief
[ ] 435 Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
[ ] 454 Recover Money or Property
[ ] 455 Revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
[ ] 456 Obtain a declaratory judgment relating to any of the foregoing causes of action
[ ] 457 Subordinate any allowed claim or interest except where such subordination is provided in a plan
[ ] 458 Obtain approval for the sale of both the interest of the estate and of a co-owner in property
[ ] 459 Determine a claim or cause of action removed to a bankruptcy court
[X] 498 Other (Specify) Declaratory judgment not relating to any of the foregoing.

Origin of Proceedings (check one box only): 1. [X] Original; 2. [ ] Removed; 4. [ ] Reinstated or Reopened; 5. [ ] Transferred from Another Bankruptcy Court

[ ] Check if this is a class action under F.R.Civ.P. 23

| Demand | Nearest Thousand<br>$ xxxx | Other Relief Sought<br>Order Declaring Sale Void | [ ] Jury Demand |
|---|---|---|---|

Bankruptcy Case In Which This Adversary Proceeding Arises

| Name of Debtor(s) Scott Andrew Watson | Bankruptcy Case No. 04-11716-SBB |
|---|---|
| District in which Case is Pending<br>Colorado | Divisional Office | Name of Judge<br>Sidney B. Brooks |

Related Adversary Proceeding (if any)

| Plaintiff | Defendant | Adversary Proceeding No. |
|---|---|---|
| District in which Case is Pending | Divisional Office | Name of Judge |

Filing Fee (check one box only): [X] Fee attached; [ ] Fee not required; [ ] Fee is deferred

| Date<br>4/6/2004 | Name (print)<br>Philip M. Kleinsmith | Signature of Attorney (or Plaintiff) |
|---|---|---|